## Hardwick *v.* State.

APPEAL from the Order of Chancellor denying discharge.

Heard before the Hon. WILLIAM H. SIMPSON.

JESSE E. BROWN, JOHN R. SAMPLE and ARTHUR L. BROWN, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appeal in this case is taken from the order of the chancellor of the Western Chancery Division, denying the appellant's discharge on *habeas corpus* proceeding.

The judgment is affirmed.

Opinion by McCLELLAN, C. J.

---

## Thompson Foundry & Machine Works *v.* Glass.

APPEAL from the Circuit Court of Mobile.

Tried before the Hon. WILLIAM S. ANDERSON.

MITCHELL & TONSMEIRE and GREGORY L. & H. T. SMITH, for appellant.

PILLANS, HANAW & PILLANS, for appellee.

This was an action of assumpsit, brought by the appellee against the appellants, and counted upon a promissory note.

From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed.

Opinion by TYSON, J.